JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2018 JUN 27 A 11: 58
SEALED
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATION: 21 U.S.C. § 841(a)(1) –Possession of a Controlled Substance with Intent to Distribute. |
| vs. | |
| TIMOTHY WILLIAM SHELTON, | Case: 1:18-cr-00058 Assigned To : Parrish, Jill Assign. Date : 6/27/2018 Description: USA v. SEALED |
| Defendant. | |

The Grand Jury charges:

### COUNT I
21 U.S.C. § 841(a)(1)
(Possession of a Controlled Substance with Intent to Distribute)

On or about May 2, 2018, in the Northern Division of the District of Utah,

**TIMOTHY WILLIAM SHELTON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than five (5) grams of methamphetamine, a schedule II controlled substance within

1

the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/S/
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

/s/
BRANDEN B. MILES
Special Assistant United States Attorney