JOHN W. HUBER, United States Attorney (#7226)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
BRANDEN B. MILES, Special, Assistant United States Attorney (9777#)
Attorneys for the United States of America
111 South Main Street, Suite. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-CR-00058 |
| Plaintiff, | : | |
| vs. | : | NOTICE OF SENTENCING ENHANCEMENT PURSUANT TO 21 U.S.C. § 851(a)(1) |
| TIMOTHY WILLIAM SHELTON, | : | |
| Defendant. | : | Judge Jill Parrish |

---

The United States of America, by and through the undersigned Assistant United States Attorney, files this Information pursuant to 21 U.S.C. § 851(a)(1), notifying defendant TIMOTHY WILLIAM SHELTON, that he may be subject to increased punishment as a result of the following prior felony convictions:

- Possession with Intent to Distribute, 3rd Degree Felony, 2nd District Court-Ogden, Utah, Case No. 131901090, 2013.

- Possession with Intent to Distribute, 2nd Degree Felony, 2nd District Court, Ogden, Utah, Case No. 061903400, 2006

- Illegal Possession/Use of Controlled Substance, 3rd Degree Felony, 2nd District Court, Ogden, Utah, Case No. 021905107, 2003

- Illegal Possession/Use of Controlled Substance, 3rd Degree Felony, 2nd District Court-Ogden, Utah, Case No. 021905669, 2003

DATED July 10, 2018.

JOHN W. HUBER
United States Attorney

*/s/ Isaac C. Workman*

ISAAC C. WORKMAN
Assistant United States Attorney