PS8A
(D/UT 12/16)

# United States Probation Office
## For the District of Utah

## Report on Defendant Under Pretrial Supervision

Name of Offender:  **Timothy William Shelton**            Docket No.:  **1:18CR00058- 001**

Name of Sentencing Judicial Officer:      Honorable Jill N. Parrish
                                          U.S. District Judge

Date of Release:  August 15, 2018

On January 6, 2020, the defendant appeared before the Court and was sentenced to a 60-month term of imprisonment with credit for all time served between May 2, 2018, and August 15, 2018. Based upon the defendant's compliance with the conditions of pretrial release, the Court permitted the defendant to continue under the previously imposed conditions pending self-surrender to the designated Bureau of Prisons correctional facility.  The Court ordered the defendant to self-surrender on February 17, 2020, before noon.

The defendant's pretrial release conditions contain a condition of electronic/location monitoring. It is requested he be allowed to travel without electronic monitoring.

The United States Probation and Pretrial Services Office amiably advises the Court the electronic/location monitoring device will be removed from the defendant's person on or about February 14, 2020, prior to the defendant departing the District of Utah to the location of the designated Bureau of Prison facility.  The defendant will not be monitored, via electronic means, while in transit.

If the Court desires more information or another course of action, please contact me at (801) 535-2733.

Respectfully submitted,

By    Aaron Mauga
      U.S. Pretrial Services Officer
      Date:  January 9, 2020

THE COURT:

☑ Approves the request noted above
☐ Denies the request noted above
☐ Other: _____

Honorable Jill N. Parrish
U.S. District Judge
Date: _____1/9/2020_____